UNITED STATES of America, Plaintiff–Appellee,

v.

Michael Nelson MURPHY, Defendant–Appellant.

No. 08–12608

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Jan. 21, 2009.

Michael Nelson Murphy, Memphis, TN, pro se.

Steven E. Butler, Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and MARCUS, Circuit Judges.

PER CURIAM:

Joe Carl Jordan, appointed counsel for Michael Nelson Murphy, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

---

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Murphy's conviction and sentence are **AFFIRMED.**